IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:  JOSHUA J. DICKENS and GAIL A. DICKENS        CASE NO: 4:10-bk-10727 E
       DEBTORS                                                   CHAPTER 13

## CHAPTER 13 ORDER DISMISSING CASE
## FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on August 03, 2010, requiring the debtors to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required, and therefore, the case should be, and hereby is, dismissed for failure of the debtors to comply with the court's order of August 03, 2010.

IT IS SO ORDERED.

Date:  September 23, 2010                    /s/ Audrey R. Evans
                                                          Audrey R. Evans
                                                          United States Bankruptcy Judge

cc:   Joyce Bradley Babin, Trustee

     Paul A Schmidt
     P O Box 564
     Cabot, AR  72023-0564

     Joshua J. Dickens and Gail A. Dickens
     133 E. Cadron Ridge Rd.
     Greenbrier, AR  72058